30434. FRAZIER *v.* THE STATE.

BROYLES, C. J. The defendant was tried on an accusation containing two counts. Count one charged the sale of whisky without a license; count two charged the selling of whisky on a Sunday. He was convicted on both counts. His motion for a new trial was denied, and that judgment is assigned as error. The evidence amply authorized the verdict. Special grounds 2, 3, and 5 of the motion for new trial are expressly abandoned in the brief of counsel for the plaintiff in error; and, under all the facts of the case and the law applicable thereto, the remaining special grounds show no cause for another trial.

*Judgment affirmed. MacIntyre and Gardner, JJ., concur.*

DECIDED MAY 19, 1944.

*Ernest C. Brillon,* for plaintiff in error.
*J. R. Thompson Jr.,* solicitor, contra.